OCTOBER 31, 1962.

No. 459, Misc.   COOPER *v.* ALABAMA.   Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.   Movant *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 92.   LEONARD *v.* UNITED STATES.   On petition for writ of certiorari to the Court of Claims.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *George Edward Leonard, pro se, Richard T. Brewster* and *Eberhard P. Deutsch* for petitioner.   *Solicitor General Cox* for the United States.

NOVEMBER 5, 1962.

No. 533, Misc.   JACKSON *v.* WARDEN, MARYLAND PENITENTIARY.   Motion for leave to file petition for writ of habeas corpus denied.   Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.